IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**SEDRICK JONES**   **PLAINTIFF**

V.   **CAUSE NO. 3:22-CV-94-CWR-FKB**

**LACLEDE CHAIN MANUFACTURING COMPANY, LLC**   **DEFENDANT**

## DEFAULT JUDGMENT

The Court has granted the plaintiff's motion for default judgment against the defendant. *See* Docket No. 8. Accordingly,

**IT IS HEREBY ORDERED AND ADJUDGED** that judgment be entered in favor of plaintiff Sedrick Jones against defendant Laclede Chain Manufacturing Company, LLC in the amount of $102,713.26. Interest shall run on this amount from this day until the judgment is satisfied, at an annual rate of 4.76%.

**SO ORDERED**, this the 5th day of December, 2022.

s/ Carlton W. Reeves
UNITED STATES DISTRICT JUDGE